# In The United States Court of Federal Claims

## Cover Sheet

, Receipt number AUSFCC-6703892

Plaintiff(s) or Petitioner(s)                                   20-2016 C

Names: AECOM Energy & Construction, Inc.

Location of Plaintiff(s)/Petitioner(s) (city/state): Aiken, South Carolina

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Charles C. Speth
Firm Name: Wilmer Cutler Pickering Hale & Dorr LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 1875 Pennsylvania Ave N.W.
City-State-ZIP: Washington, D.C. 20006
Telephone Number: (202) 663-6000
E-mail Address: Charles.Speth@wilmerhale.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ● Yes  ○ No

Nature of Suit Code: 114
Select only one (three digit) nature-of-suit code from the attached sheet

Agency Identification Code: DOE
Number of Claims Involved: 29

Amount Claimed: $ 314,683,818
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
Is plaintiff a small business?  ○ Yes  ○ No
Was this action proceeded by the filing of a  ○ Yes  ○ No   Solicitation No. _____
protest before the GAO?
If yes, was a decision on the merits rendered? ○ Yes  ○ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ○ Yes  ● No
case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.