**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. _____   20-2016 C |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff AECOM Energy & Construction, Inc. hereby provides the following disclosure:

AECOM Energy & Construction, Inc is a wholly owned subsidiary of Amentum Nuclear & Environment Holdings, Inc. No publicly held corporation owns 10% or more of AECOM Energy & Construction, Inc. or Amentum Nuclear & Environment Holdings, Inc.

December 29, 2020                          Respectfully submitted,

                                                                     <u>/s/ Charles C. Speth</u>
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
RUTH E. VINSON, *Of Counsel*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com
       ruth.vinson@wilmerhale.com

*Attorneys for Plaintiff AECOM Energy & Construction, Inc.*