IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY AND CONSTRUCTION, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 20-2016 C ) Judge Tapp |
| THE UNITED STATES, | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____Barbara E. Thomas_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Barbara E. Thomas<br>
Senior Trial Counsel<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C.  20044

                                                                                      s/ Barbara E. Thomas  
                                                                             BARBARA E. THOMAS  
                                                                               Senior Trial Counsel  
                                                           Commercial Litigation Branch  
                                                                                 Civil Division  
                                        Telephone: (202) 616-0461  
                                          Facsimile:  (202) 305-2062  
                             Email: Barbara.E.Thomas@usdoj.gov

Dated: January 11, 2021