# In the United States Court of Federal Claims

No. 20-2016
Filed: February 17, 2021

| |
|---|
| **AECOM Energy and Construction, Inc.,** *Plaintiff*, v. **THE UNITED STATES,** *Defendant.* |

## ORDER

On February 17, 2021, Defendant filed an unopposed Motion for a 60-day enlargement of time within which to file its response to the complaint in this matter. ECF No. 7.

For good cause shown, the Motion is **GRANTED**. Defendant shall file its response on or before April 30, 2021.

**IT IS SO ORDERED.**

s/    David A. Tapp
DAVID A. TAPP, Judge