IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY AND CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    No. 20-2016 C<br>)    Judge Tapp<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____P. Davis Oliver_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

P. Davis Oliver<br>
Senior Trial Counsel<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C. 20044

s/ P. Davis Oliver<br>
P. DAVIS OLIVER<br>
Senior Trial Counsel<br>
Commercial Litigation Branch<br>
Civil Division<br>
Telephone: (202) 353-0516<br>
Facsimile: (202) 305-2062<br>
Email: P.Davis.Oliver@usdoj.gov

Dated: March 25, 2021