# In the United States Court of Federal Claims

No. 20-2016

Filed: April 27, 2021

| | |
|---|---|
| **AECOM Energy and Construction, Inc.,** *Plaintiff*, v. **THE UNITED STATES,** *Defendant.* | |

## ORDER

On April 27, 2021, Defendant filed an unopposed Motion for a 21-day enlargement of time within which to file its response to the complaint in this matter. ECF No. 10. This is Defendant's second request for an extension of time to respond.

For good cause shown, the Motion is **GRANTED**. Defendant shall file its response on or before May 21, 2021. It should be noted that the Court is not likely to grant any further extensions to the response deadline.

**IT IS SO ORDERED.**

s/    David A. Tapp
DAVID A. TAPP, Judge