# In the United States Court of Federal Claims

No. 20-2016
Filed: July 15, 2021

---

**AECOM ENERGY & CONSTRUCTION, INC.,**

　　　　　　　*Plaintiff,*

v.

**UNITED STATES,**

　　　　　　　*Defendant.*

---

## ORDER

On July 13, 2021, the parties filed their Joint Preliminary Status Report in accordance with Appendix A of RCFC, and included a proposed discovery schedule. The Court is generally in agreement with the proposed schedule, with some modifications, and hereby ADOPTS the following schedule:

| Event | Deadline |
|---|---|
| Initial disclosures pursuant to RCFC 26(a)(1) | 8/16/2021 |
| Substantial Completion of document production | 5/6/2022 |
| Close of Fact Discovery | 12/30/2022 |
| Exchange of Expert Reports | 2/24/2023 |
| Exchange of Rebuttal Expert Reports | 4/21/2023 |
| Close of Expert Discovery | 6/16/2023 |
| Joint Status Report | 6/30/2023 |
| Commencement of dispositive motion briefing | 8/15/2023 |
| Trial | 1/8/2024-1/26/2024 |

In addition, the parties shall file a Joint Status Report every 90 days, beginning on November 15, 2021, detailing the substantial steps in the discovery process taken and planned for the period.

**IT IS SO ORDERED.**

s/     David A. Tapp
DAVID A. TAPP, Judge