IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br>          Plaintiff,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA,<br>          Defendant. | Case No. 20-2016 C |

**JOINT STATUS REPORT**

Plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("Plaintiff") and Defendant the United States of America ("Defendant") submit this Joint Status Report pursuant to the Court's Discovery Scheduling Order. Dkt. 15.

The parties served initial disclosures pursuant to Court of Federal Claims Rule 26(a)(1) on August 16, 2021. Plaintiff served interrogatories and requests for production on September 27, 2021. After receiving an agreed extension of time to respond, Defendant served written responses on November 2, 2021. Defendant served requests for production, interrogatories, and requests for admission on November 12, 2021.

Both parties are working on collecting and identifying potentially responsive documents for discovery. The parties are also negotiating the terms of a stipulated protective order and an order governing the production of documents protected by the attorney-client privilege or work product doctrine pursuant to Federal Rule of Evidence 502(d), which will be submitted to the Court in the coming days.

November 15, 2021                                  Respectfully submitted,

/s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
RUTH E. VINSON, *Of Counsel*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com
           ruth.vinson@wilmerhale.com

*Attorneys for Plaintiff AECOM Energy & Construction, Inc.*


Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
 Director

s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel
BRET VALLACHER
IOANA CRISTEI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station

2

Washington, D.C. 20044
Telephone: (202) 353-0516
Fax: (202) 307-0972
P.Davis.Oliver@usdoj.gov

*Attorneys for Defendant*

*Of Counsel:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel Environmental Management Consolidated Business Center
U.S. Department of Energy