**Exhibit A**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

_____

|  |  |  |
|---|---|---|
|  | ) |  |
| AECOM ENERGY & CONSTRUCTION, LLC, | ) |  |
|  | ) |  |
|  | ) | No. 20-2016C |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| THE UNITED STATES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

_____

## CERTIFICATION ON BEHALF OF INDIVIDUAL

1. My name is _____

2. I have read the Protective Order that has been entered in this case, and a copy of it has been given to me. I understand the provisions of the Protective Order, and agree to comply with and to be bound by its provisions. I also consent to the jurisdiction of this Court for purposes of enforcement of the Protective Order.

I declare under penalty of perjury this _____ day of _____ that the foregoing is true and correct.

s/ _____

By: _____