**Exhibit B**

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

|  |  |  |
|---|---|---|
|  | ) |  |
| AECOM ENERGY & CONSTRUCTION, LLC, | ) |  |
|  | ) | No. 20-2016C |
| Plaintiff, | ) |  |
|  | ) |  |
| vi. | ) |  |
|  | ) |  |
| THE UNITED STATES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

_____

## CERTIFICATION ON BEHALF OF ENTITY

1. My name is_____.
   I am an authorized representative of _____
   [name of entity].

2. I have read the Protective Order that has been entered in this case, and a copy of it has been given to me. I understand the provisions of the Protective Order, and agree that I and _____ [name of entity] will comply with and be bound by its provisions. I also consent to the jurisdiction of this Court for purposes of enforcement of the Protective Order.

    I declare under penalty of perjury this_____day of_____that the foregoing is true and correct.

s/ _____

By: _____