# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br>              Plaintiff,<br><br>           v.<br><br>THE UNITED STATES OF AMERICA,<br>              Defendant. | Case No. 20-2016 C |

## JOINT STATUS REPORT

Plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("Plaintiff") and Defendant the United States of America ("Defendant") submit this Joint Status Report pursuant to the Court's Discovery Scheduling Order. Dkt. 15.

As stated in the parties' November 15, 2021 Joint Status Report, Plaintiff served interrogatories and requests for production on September 27, 2021, to which Defendant served written responses on November 2, 2021. Subsequently, the parties met and conferred on December 3, 2021 and resolved Defendant's objections. Defendant made its first production of documents on December 30, 2021. Defendant made its second production of documents on January 12, 2022.

As stated in the parties' November 15, 2021 Joint Status Report, Defendant served requests for production, interrogatories, and requests for admission on November 12, 2021. Subsequently, Plaintiff responded to Defendant's requests for production on December 17, 2021. Plaintiff responded to Defendant's interrogatories and requests for admission on December 22, 2021. Plaintiff made its first production of documents on February 11, 2022.

The parties filed a proposed protective order on February 1, 2022. Dkt. 17. The Court entered the protective order on February 7, 2022. Dkt. 18.

1

Both parties are continuing to work on collecting, reviewing, and producing responsive documents for discovery. The parties have exchanged lists of proposed custodians and are meeting and conferring on these proposed custodians and other aspects of discovery.

| | |
|---|---|
| February 14, 2022 | Respectfully submitted,<br><br>/s/ Charles C. Speth<br>CHARLES C. SPETH, *Counsel of Record*<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email: charles.speth@wilmerhale.com<br><br>ANDREW E. SHIPLEY, *Of Counsel*<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email: andrew.shipley@wilmerhale.com<br><br>RUTH E. VINSON, *Of Counsel*<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Telephone: (212) 230-8878<br>Facsimile: (212) 230-8888<br>Email: ruth.vinson@wilmerhale.com<br><br>*Attorneys for Plaintiff AECOM Energy & Construction, Inc.* |

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ Lisa L. Donahue
LISA L. DONAHUE
Assistant Director

s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel
BRET VALLACHER
IOANA CRISTEI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0516
Fax: (202) 307-0972
P.Davis.Oliver@usdoj.gov

*Attorneys for Defendant*

*Of Counsel:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel Environmental Management Consolidated Business Center
U.S. Department of Energy