# In the United States Court of Federal Claims

No. 20-2016 C
(Filed: February 28, 2022)

```
****************************************
AECOM ENERGY AND                       *
CONSTRUCTION, INC.                     *
        Plaintiff                      *
                                       *
        v.                             *
                                       *
THE UNITED STATES                      *
        Defendant                      *
                                       *
****************************************
```

## ORDER

    Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is reassigned to Judge Armando O. Bonilla.

    **IT IS SO ORDERED.**

s/ Elaine D. Kaplan<br>
ELAINE D. KAPLAN<br>
Chief Judge