# In the United States Court of Federal Claims

No. 20-2016 C
(Filed: February 28, 2022)

**AECOM ENERGY AND
CONSTRUCTION, INC**
    **Plaintiff**

                            **NOTICE OF REASSIGNMENT TO:**
   v.                         **Judge Armando O. Bonilla**

**THE UNITED STATES**
    **Defendant**

    Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

                                                                                        _____
                                                                                         Clerk of Court