## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br>                     Plaintiff, <br><br>                   v. <br><br> THE UNITED STATES OF AMERICA, <br>                   Defendant. | Case No. 20-2016 C |

### JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("Plaintiff") and Defendant the United States of America ("Defendant") submit this Joint Motion To Extend Scheduling Order Deadlines pursuant to Court of Federal Claims Rules 6(b) and 6.1.  The Parties respectfully move this Court to modify the Scheduling Order (ECF No. 15), by extending the deadline for substantial completion of discovery by five months, and by adjusting other deadlines accordingly.

This case involves complex issues that require extensive document production, written discovery, depositions, and expert witness discovery before trial.  Of note, Plaintiff has served 124 Requests for Production on Defendant, and Defendant has served 138 Requests for Production on Plaintiff.  Although both sides have begun document production, both sides have a significant volume of documents left to produce.  The current scheduling order provides for a phased discovery period involving (1) document discovery; (2) completion of fact depositions; and (3) expert discovery.  Under the current schedule, document production is to be substantially complete on May 6, 2022, but as noted, the Parties have a significant volume of documents left to produce.  After discussion, the Parties believe a five-month extension of the deadline for substantial completion of document discovery will allow for substantial completion by both

parties so that no party will be prejudiced by having to complete depositions without access to relevant documents.

The Parties therefore respectfully request that the Court find good cause to modify the current deadlines identified in the Court's July 15, 2021 Scheduling Order (ECF No. 15) as follows:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Substantial Completion of Document Production | 5/6/2022 | 9/30/2022 |
| Close of Fact Discovery | 12/30/2022 | 5/26/2023 |
| Exchange of Expert Reports | 2/24/2023 | 7/21/2023 |
| Exchange of Rebuttal Expert Reports | 4/21/2023 | 9/15/2023 |
| Close of Expert Discovery | 6/16/2023 | 11/17/2023 |
| Joint Status Report | 6/30/2023 | 12/1/2023 |
| Motions For Summary Judgment Due | 8/15/2023 | 1/26/2024 |
| Opposition Briefs Due | | 3/8/2024 |
| Reply Briefs Due | | 3/29/2024 |
| Trial | 1/8/2024 – 1/26/2024 | TBD[1] |

---

[1] The Parties propose that they propose a trial date or set forth their respective positions on scheduling of trial in the December 1, 2023 Joint Status Report.

May 2, 2022                                                  Respectfully submitted,

/s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com

RUTH E. VINSON, *Of Counsel*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Telephone: (212) 230-8878
Facsimile: (212) 230-8888
Email: ruth.vinson@wilmerhale.com

*Attorneys for Plaintiff AECOM Energy & Construction, Inc.*

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Lisa L. Donahue
LISA L. DONAHUE
Assistant Director

/s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel
BRET VALLACHER
IOANA CRISTEI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0516
Fax: (202) 307-0972
P.Davis.Oliver@usdoj.gov

*Attorneys for Defendant*

*Of Counsel:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel Environmental Management Consolidated Business Center
U.S. Department of Energy