# In the United States Court of Federal Claims

No. 20-2016C
(Filed: May 3, 2022)

|  |  |
|---|---|
| **AECOM ENERGY AND CONSTRUCTION, INC.,** | ) ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) ) |

## ORDER

On May 2, 2022, the parties filed a Joint Motion to Extend the Court's July 15, 2021 scheduling order to extend, by approximately five months, the time within which to complete discovery in this case; specifically:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Substantial Completion of Document Production | 5/6/2022 | 9/30/2022 |
| Close of Fact Discovery | 12/30/2022 | 5/26/2023 |
| Exchange of Expert Reports | 2/24/2023 | 7/21/2023 |
| Close of Expert Discovery | 6/16/2023 | 11/17/2023 |

The parties further seek additional time, to and including December 1, 2023, within which to prepare and file a Joint Status Report. Thereafter, the parties anticipate filing cross-motions for summary judgment prior to trial. *See* ECF No. 22.

In their joint filing, counsel represent to the Court that both parties are actively engaged in document production, but that the matter involves a significant volume of records. To avoid prejudice to either side, counsel maintain that production and review must take place to better inform productive depositions.

For good cause shown:

(1) The parties Joint Motion to Extend the Court's July 15, 20221 scheduling order (ECF No. 22), is **GRANTED-IN-PART**;

(2) The Court's July 15, 2021, Scheduling Order (ECF No. 15) shall be **AMENDED** as follows:
    a. Substantial Completion of Document Production shall be completed on or before **September 30, 2022**;
    b. Close of Fact Discovery shall occur on or before **May 26, 2023**;
    c. Exchange of Expert Reports shall occur on or before **July 21, 2023**;
    d. Exchange of Rebuttal Expert Reports shall occur on or before **September 15, 2023**;
    e. Close of Expert Discovery shall occur on or before **November 17, 2023**;

(3) The parties shall **FILE** a **Joint Status Report** on or before **September 30, 2022**, confirming to the Court that document production is substantially complete.  The parties shall **FILE** a **Joint Status Report** every **90 days** thereafter advising the Court of the general progress made to date to complete fact and expert discovery.

(4) The Clerk's Office is directed to **SUSPEND** all other deadlines in the Court's July 15, 2021 scheduling order.

 It is so **ORDERED**.

s/ Armando O. Bonilla
**Armando O. Bonilla**
**Judge**