IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br>       Plaintiff, <br><br>     v. <br><br> THE UNITED STATES OF AMERICA, <br>       Defendant. | Case No. 20-2016 C |

**JOINT STATUS REPORT**

Plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and Defendant the United States of America (the "Government") submit this Joint Status Report pursuant to the Court's Amended Discovery Scheduling Order. Dkt. 23.

**I.   DISCOVERY STATUS**

The parties have continued to collect, review, and produce responsive documents.

URS served its first requests for production of documents on September 27, 2021.  As stated in the February 14, 2022 Joint Status Report, the Government made its first production of documents on December 30, 2021, and its second production of documents on January 12, 2022. On March 8, 2022, URS served its second requests for production.  The Government made its third production of documents on May 11, 2022, its fourth production of documents on August 12, 2022, and its fifth production of documents on September 30, 2022.  The parties have engaged in a meet-and-confer process regarding the scope of the Government's collection, review and production, including the Government's proposed custodians and search terms.

The Government served its request for the production of documents on November 12, 2021.  As stated in the February 14, 2022 Joint Status Report, URS made its first production of

documents on February 11, 2022.  Since then, URS has made six additional productions on March 23, May 6, August 1, September 14, September 27, and September 30, 2022.

## II.     STATEMENT ON SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION

URS represents that it has substantially completed its production of documents in response to the Government's requests for production.  The Government represents that it has one additional production that it anticipates serving by the end of October that will substantially complete its production of documents.  URS's position is that the scope of production to which the Government has presently committed is insufficient.  The parties continue to meet and confer regarding the Government's document production to address disputes including, but not limited to, search terms for Electronically Stored Information ("ESI"), relevant time frames, and the identification of custodians.  The parties have been conferring in good faith and will bring any unresolved issues to the Court if the meet-and-confer process fails to resolve their remaining disputes.  The parties have also agreed to meet and confer once production is substantially complete to discuss whether the remaining case schedule deadlines should be modified.

September 30, 2022                                    Respectfully submitted,

/s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com

*Attorneys for Plaintiff AECOM Energy & Construction, Inc.*


Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
 Director

Lisa M. Donahue
LISA M. DONAHUE
Assistant Director


s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel
BRET VALLACHER
IOANA CRISTEI
Trial Attorneys
Commercial Litigation Branch
Civil Division

3

Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0516
Fax: (202) 307-0972
P.Davis.Oliver@usdoj.gov

*Attorneys for Defendant*

*Of Counsel:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel Environmental Management Consolidated Business Center
U.S. Department of Energy