IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br><br>         Plaintiff, <br><br>    v. <br><br> THE UNITED STATES OF AMERICA, <br>         Defendant. | Case No. 20-2016 C |

**JOINT STATUS REPORT**

Plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., (URS) and Defendant the United States of America (Government) submit this Joint Status Report pursuant to the Court's Amended Discovery Scheduling Order. *See* ECF No. 23.

Since the September 30, 2022 Joint Status Report, the Government has agreed to perform additional searches and make additional document productions in connection with the parties' meet-and-confer process, which addressed the scope of the Government's collection, review, and production, including the Government's proposed custodian and search terms. To date, these additional searches have yielded a significant volume of documents –multiple terabytes of data – which the Government is still processing and preparing for production. The Government anticipates being substantially complete with its document productions following service of these additional document productions arising out of the parties' ongoing meet-and-confer process.

The Government is still processing and preparing for production the documents referenced in our previous status report; the amount of data the Department of Justice received from the agency turned out to be more voluminous than previously understood. As a result, the Government has not made any additional productions since the September 30, 2022 Joint Status

Report.  The Government's related collection and review efforts are underway, and it anticipates making additional document productions in the first quarter of 2023.

The parties anticipate noticing depositions after the Government completes its document productions.  URS also will address any remaining deficiencies in the Government's collection and production obligations, if necessary.  The Government has worked cooperatively with the plaintiff to resolve what the plaintiff contends are deficiencies in the Government's document collection process.  In doing so, the Government in no way concedes that there have been deficiencies and will respond at the appropriate time to any such allegations by the plaintiff.

In light of the Government's ongoing document productions, the parties intend to jointly move for a modification of the Court's Amended Discovery Scheduling Order.

December 29, 2022                                  Respectfully submitted,

/s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com

*Attorneys for Plaintiff AECOM Energy & Construction, Inc.*


Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
 Director

Lisa M. Donahue
LISA M. DONAHUE
Assistant Director


/s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel
BRET VALLACHER
IOANA CRISTEI
Trial Attorneys
Commercial Litigation Branch
Civil Division

Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0516
Fax: (202) 307-0972
P.Davis.Oliver@usdoj.gov

*Attorneys for Defendant*

*Of Counsel:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel Environmental Management Consolidated Business Center
U.S. Department of Energy

4