# In the United States Court of Federal Claims

No. 20-2016C
(Filed: May 19, 2023)

|  |  |
|---|---|
| **AECOM ENERGY AND CONSTRUCTION, INC.,** | )<br>)<br>)<br>) |
| *Plaintiff,* | )<br>)<br>) |
| v. | )<br>)<br>) |
| **UNITED STATES,** | )<br>)<br>) |
| *Defendant.* | )<br>) |

## ORDER

The Court hereby **SCHEDULES** a status conference for **Monday, May 22, 2023, at 10:00 AM (EDT)**.  The proceeding will be held via Cisco Meeting Server (CMS) and counsel for each party will be provided with the dial-in information.

It is so **ORDERED**.

s/ Armando O. Bonilla
**Armando O. Bonilla**
**Judge**