# In the United States Court of Federal Claims

No. 20-2016C
(Filed: May 22, 2023)

|  |  |
|---|---|
| **AECOM ENERGY AND CONSTRUCTION, INC.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES**, <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

On May 22, 2023, the Court held a status conference to discuss the parties' Joint Motion to Extend the Court's May 3, 2022 scheduling order (ECF No. 23) filed on May 18, 2023.  *See* ECF No. 27.  For the reasons stated on the record, and good cause shown:

(1) The parties' Joint Motion to Extend the Scheduling Order Deadlines (ECF No. 27) is **GRANTED**;

(2) The Court's May 3, 2022, Scheduling Order (ECF No. 23) shall be **AMENDED** as follows: Substantial Completion of Document Production shall be completed on or before **August 31, 2023**;

(3) The parties shall **FILE** a **Joint Status Report** on or before **September 8, 2023**, confirming that document production has been substantively completed and proposing a schedule of continued proceedings; and

(4) The Clerk of Court shall **VACATE** all other deadlines in the Court's May 3, 2022 Scheduling Order (ECF No. 23).

   It is so **ORDERED**.

s/ Armando O. Bonilla
**Armando O. Bonilla**
**Judge**
