# In the United States Court of Federal Claims

**No. 20-2016 C**
**(Filed: July 3, 2023)**

```
*****************************************
AECOM ENERGY AND                    *
CONSTRUCTION, INC.,                 *
                    Plaintiff,      *
                                    *
         v.                         *
                                    *
THE UNITED STATES,                  *
                    Defendant.      *
*****************************************
```

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is reassigned to Judge Molly R. Silfen.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge