# In the United States Court of Federal Claims

No. 20-2016 C
(Filed: July 3, 2023)

```
***************************************
AECOM ENERGY AND                       *
CONSTRUCTION, INC.,                    *
                Plaintiff,             *     NOTICE OF REASSIGNMENT TO:
                                       *     Judge Molly R. Silfen
         v.                            *
                                       *
THE UNITED STATES,                     *
                Defendant.             *
***************************************
```

    Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

_____
Clerk of Court