## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 20-2016 C |

### JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and Defendant the United States of America ("Government") submit this Joint Status Report pursuant to the Court's September 26, 2023 Order requiring the parties to "jointly submit a status report proposing a schedule (or separate schedules if the parties cannot agree), including (1) dates by which all search terms will be determined, (2) a new document production deadline for the government, and (3) proposed deadlines for fact discovery, expert discovery, dispositive motions, and trial."  ECF No. 33.

Since submitting their September 8, 2023 Joint Status Report, ECF No. 32, the parties have agreed upon all outstanding search terms.  The parties have also agreed to the Government's requested modified document production completion date of January 10, 2024, with the express mutual understanding and agreement that the Government does not intend to file any further requests for any extension of the production deadline.   Although the Government does not currently foresee any issue with meeting the January 10, 2024 production deadline, the Government is not waiving its right to file any appropriate motion if issues arise that so dictate. Accordingly, the parties set forth below a proposed schedule addressing the remaining categories specified in the Court's Order.

| Event | New Deadline |
|---|---|
| Completion of Government Document Production | 1/10/2024 |
| Close of Fact Discovery | 7/03/2024 |
| Exchange of Expert Reports | 8/30/2024 |
| Exchange of Rebuttal Expert Reports | 10/25/2024 |
| Close of Expert Discovery | 12/20/2024 |
| Commencement of Dispositive Motion Briefing | 3/7/2025 |
| Dispositive Motion Responses | 4/25/2025 |
| Dispositive Motion Replies | 5/30/2025 |
| Pre-Trial Conference | 8/25/2025 |
| Trial | 10/17/2025 |

The parties respectfully request that the Court enter the above-proposed schedule, with any necessary modifications for the convenience of the Court.

October 10, 2023

Respectfully submitted,

/s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com

*Attorneys for Plaintiff AECOM Energy &*
*Construction, Inc.*


Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
 Director

Lisa L. Donahue
LISA L. DONAHUE
Assistant Director


/s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel
IOANA MEYER
DANIEL BERTONI
EBONIE BRANCH
Trial Attorneys
Commercial Litigation Branch

3

Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0516
Fax: (202) 307-0972
P.Davis.Oliver@usdoj.gov

*Attorneys for Defendant*

*Of Counsel:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and
Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief
Counsel Environmental Management
Consolidated Business Center
U.S. Department of Energy