IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | No. 20-2016 C<br>Judge Silfen |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Meen Geu Oh_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Meen Geu Oh
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

/s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0184
Facsimile: (202) 353-0461
Email: Meen-Geu.Oh@usdoj.gov

Dated: November 7, 2023