IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br>                 Plaintiff, <br>         v. <br> THE UNITED STATES OF AMERICA, <br>                 Defendant. | Case No. 20-2016 C |

## JOINT STATUS REPORT

On October 18, 2023, the Court entered a new scheduling order and further ordered that the parties "jointly submit a status report every 30 days . . . updating the court on the status of discovery." ECF No. 35. The Court ordered that the first of these reports is "due on November 16, 2023, and the last due after the close of expert discovery." *Id*. In accordance with the Court's order, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and defendant the United States of America (the "Government" or "DOE") submit this Joint Status Report updating the Court on the status of discovery.

The parties report that document production is still underway and progressing. We expect that Government productions (minus documents withheld on the basis of potential privilege) will be complete on or before January 10, 2024, as required by the Court's scheduling order. *See id*. Since the last status conference with the Court, which occurred on October 17, 2023, the United States has produced about 560,000 documents in response to URS's production requests through near-weekly rolling productions.

Respectfully submitted,


/s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
  HALE AND DORR LLP

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com


*Attorneys for Plaintiff AECOM Energy &*
*Construction, Inc.*

/s/ Lisa L. Donahue
LISA L. DONAHUE
Assistant Director

/s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
IOANA CRISTEI
EBONIE BRANCH
DANIEL BERTONI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0184
Meen-Geu.Oh@usdoj.gov
*Attorneys for Defendant*

*Of Counsels:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and
Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel
Environmental Management Consolidated Business
Center
U.S. Department of Energy

Dated: November 16, 2023