IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br>                 Plaintiff, <br> v. <br> THE UNITED STATES OF AMERICA, <br>                 Defendant. | Case No. 20-2016 C |

JOINT STATUS REPORT

On October 18, 2023, the Court entered a new scheduling order and further ordered that the parties "jointly submit a status report every 30 days . . . updating the court on the status of discovery." ECF No. 35. The Court ordered that the first of these reports is "due on November 16, 2023, and the last due after the close of expert discovery." *Id*. In accordance with the Court's order, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and defendant the United States of America (the "Government" or "DOE") submit this (their second) Joint Status Report updating the Court on the status of discovery.

The parties report that document productions are still underway. We expect that Government productions (minus documents presumptively withheld as potentially privileged) will be complete on or before January 10, 2024, as required by the Court's scheduling order. *See id*. Since the parties' last status report, the United States has produced about 300,000 documents in response to URS's production requests through near-weekly rolling productions.

Respectfully submitted,

| | |
|---|---|
| /s/ Charles C. Speth <br> CHARLES C. SPETH, *Counsel of Record* <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP | MICHAEL D. GRANSTON <br> Deputy Assistant Attorney General <br><br> PATRICIA M. MCCARTHY <br> Director |

<table>
<tr><td>

2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com

*Attorneys for Plaintiff AECOM Energy & Construction, Inc.*




Dated: December 18, 2023

</td><td>

/s/ Lisa L. Donahue
LISA L. DONAHUE
Assistant Director

/s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
IOANA CRISTEI
EBONIE BRANCH
DANIEL BERTONI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0184
Meen-Geu.Oh@usdoj.gov
*Attorneys for Defendant*

*Of Counsels:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel
Environmental Management Consolidated Business Center
U.S. Department of Energy

</td></tr>
</table>