IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br>     Plaintiff,<br>  v.<br>THE UNITED STATES OF AMERICA,<br>     Defendant. | Case No. 20-2016 C |

JOINT STATUS REPORT

On October 18, 2023, the Court entered a new scheduling order and further ordered that the parties "jointly submit a status report every 30 days . . . updating the court on the status of discovery." ECF No. 35. The Court ordered that the first of these reports is "due on November 16, 2023, and the last due after the close of expert discovery." *Id*. In accordance with the Court's order, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and defendant the United States of America (the "Government" or "DOE") submit this Joint Status Report updating the Court on the status of discovery.

Since the last status conference with the Court, which occurred on October 17, 2023, the Government has produced approximately 2.8 million documents in response to URS's production requests. URS has produced two volumes in that same span. The parties are each currently withholding certain documents on the basis of potential privilege, some of which they expect will be produced as their privilege logs are finalized. In addition, the parties are also reviewing these recent document productions to identify if there are any deficiencies, and the parties will meet and confer to attempt to resolve any issues that they identify. The parties also intend to meet and confer regarding a deadline to complete production of any non-privileged documents currently being withheld as potentially privileged and exchange privilege logs.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Charles C. Speth | MICHAEL D. GRANSTON |
| CHARLES C. SPETH, *Counsel of Record* | Deputy Assistant Attorney General |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |
| | |
| ANDREW E. SHIPLEY, *Of Counsel* | s/ Meen Geu Oh |
| WILMER CUTLER PICKERING | MEEN GEU OH |
|   HALE AND DORR LLP | Senior Trial Counsel |
| 2100 Pennsylvania Avenue N.W. | IOANA CRISTEI |
| Washington, D.C. 20037 | EBONIE BRANCH |
| Telephone: (202) 663-6000 | DANIEL BERTONI |
| Facsimile: (202) 663-6363 | Trial Attorneys |
| Email: | Commercial Litigation Branch |
| andrew.shipley@wilmerhale.com | Civil Division |
| | Department of Justice |
| *Attorneys for Plaintiff AECOM Energy & Construction, Inc.* | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 307-0184 |
| | Meen-Geu.Oh@usdoj.gov |
| | |
| | *Attorneys for Defendant* |
| | |
| | *Of Counsels:* |
| | |
| | BRANDON MIDDLETON |
| | Chief Counsel |
| | BRADY L. JONES, III |
| | Assistant Chief Counsel for Acquisition and Litigation |
| | SKY W. SMITH |
| | Trial/Procurement Counsel Office of Chief Counsel |
| | Environmental Management Consolidated Business Center |
| Dated: January 16, 2024 | U.S. Department of Energy |