IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br>     Plaintiff,<br>   v.<br>THE UNITED STATES OF AMERICA,<br>     Defendant. | Case No. 20-2016 C |

## JOINT STATUS REPORT

On October 18, 2023, the Court entered a new scheduling order and further ordered that the parties "jointly submit a status report every 30 days . . . updating the court on the status of discovery." ECF No. 35. The Court ordered that the first of these reports is "due on November 16, 2023, and the last due after the close of expert discovery." *Id*. In accordance with the Court's order, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and defendant the United States of America (the "Government" or "DOE") submit this Joint Status Report updating the Court on the status of discovery.

Since the last status report on January 16, 2024, the Government has produced approximately 660,000 documents. The parties are continuing to review the recent document productions to identify if there are any deficiencies and are conferring to resolve issues that URS identified in the Government's prior productions. The parties continue to withhold certain documents on the basis of potential privilege and expect to produce some of those documents as they complete their privilege logs. The parties are discussing a deadline to complete production of any non-privileged documents currently being withheld as potentially privileged and exchange privilege logs.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | MICHAEL D. GRANSTON |
| CHARLES C. SPETH, *Counsel of Record* | Deputy Assistant Attorney General |
| WILMER CUTLER PICKERING | |
|    HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com

*Attorneys for Plaintiff AECOM Energy & Construction, Inc.*

s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
IOANA CRISTEI
EBONIE BRANCH
DANIEL BERTONI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0184
Meen-Geu.Oh@usdoj.gov

*Attorneys for Defendant*

*Of Counsels:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel
Environmental Management Consolidated Business Center
U.S. Department of Energy

Dated: February 15, 2024