# In the United States Court of Federal Claims

|  |  |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br><br>      *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>      *Defendant.* | No. 20-2016 C<br>(Filed: April 18, 2024) |

**REVISED SCHEDULING ORDER**

On October 18, 2023, the court issued a scheduling order setting deadlines for the remainder of the discovery process. ECF No. 35.

In their last joint status report, the parties informed the court that while the discovery process has continued to progress, the government has not been able to complete its privilege review process on time. ECF No. 44. The parties now agree that the July 3, 2024, deadline for the close of fact discovery set by the previous scheduling order is no longer feasible. ECF No. 44 at 9. Unfortunately, the parties could not agree on the best way to proceed or on a new schedule.

On April 18, 2024, the court held a status conference to address the parties' concerns and resolve the scheduling dispute. The parties agreed that once the new deadline for the completion of document production was set, all remaining deadlines also needed to be extended, but that the period for the remainder of fact discovery could be shortened by 30 days (to 145 days, as opposed to 175).

The parties also agreed that the government would continue to produce documents on a rolling basis between now and the end of the government's document production. The court issues the follow schedule:

| Event | Deadline |
|---|---|
| Completion of government document production | July 3, 2024 |
| Close of fact discovery | November 25, 2024 |
| Joint status report due that updates the court on a first settlement discussion | December 6, 2024 |

| | |
|---|---|
| Exchange of expert reports | January 21, 2025 |
| Exchange of rebuttal expert reports | March 18, 2025 |
| Close of expert discovery | May 13, 2025 |
| Joint status report due that (1) updates the court on a second settlement discussion, and (2) proposes a schedule for further proceedings.<br><br>The dispositive-motion briefing schedule shall include four deadlines: (1) AECOM's affirmative motion; (2) the government's cross-motion and response; (3) AECOM's response and reply; and (4) the government's reply. | May 27, 2025 |

The court further orders the parties continue to jointly submit a status report every 30 days, the next one due on May 15, 2024, and the last due after the close of expert discovery, on May 27, 2025, updating the court on the progress of discovery.

**IT IS SO ORDERED.**

 s/ Molly R. Silfen
MOLLY R. SILFEN
Judge