IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br>              Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>              Defendant. | Case No. 20-2016 C |

## JOINT STATUS REPORT

On April 18, 2024, the Court entered a revised scheduling order and further ordered that the parties "jointly submit a status report every 30 days . . . updating the court on the progress of discovery." ECF No. 45. The Court ordered that the first of these reports is "due on May 15, 2024, and the last due after the close of expert discovery, on May 27, 2025." *Id*. In accordance with the Court's order, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and defendant the United States of America (the "Government") submit this Joint Status Report updating the Court on the status of discovery.

Since the last status conference with the Court, which occurred on April 18, 2024, the Government produced approximately 92,500 documents and URS produced approximately 1,700 documents. With the assistance of TAR, the Government has now finished producing documents that will not be subject to a linear-type privilege review, and has identified approximately 57,000 documents that it will manually review for privilege. The Government has begun its manual review and will attempt to produce documents on a rolling basis to URS every two weeks, the first production of which will likely be delivered at some point next week and the last of which it will attempt to produce on or before the July 3, 2024 deadline for completion of Government document production.

1

URS is continuing to confer with the Government regarding the specifics and timing for the Government's review and production of the remaining 57,000 documents. The Government explained that it has approximately doubled the number of reviewers available to conduct privilege review, and all have been instructed to devote all feasible time to completing privilege review in this case, although each such reviewer still has their obligations related to their normal workload. URS conveyed that unless the Government adds significant additional resources to its review, it is unlikely the July 3 deadline will be met.

The parties continue to review the recent productions of documents in preparation for depositions and to identify and attempt to resolve any deficiencies. The parties have also exchanged lists of initial deponents and are conferring about the schedule for depositions.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | MICHAEL D. GRANSTON |
| CHARLES C. SPETH, *Counsel of Record* | Deputy Assistant Attorney General |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |
| | |
| ANDREW E. SHIPLEY, *Of Counsel* | s/ Meen Geu Oh |
| WILMER CUTLER PICKERING | MEEN GEU OH |
|   HALE AND DORR LLP | Senior Trial Counsel |
| 2100 Pennsylvania Avenue N.W. | IOANA CRISTEI |
| Washington, D.C. 20037 | EBONIE BRANCH |
| Telephone: (202) 663-6000 | DANIEL BERTONI |
| Facsimile: (202) 663-6363 | Trial Attorneys |
| Email: | Commercial Litigation Branch |
| andrew.shipley@wilmerhale.com | Civil Division |
| | Department of Justice |
| *Attorneys for Plaintiff AECOM Energy* | P.O. Box 480 |
| *& Construction, Inc.* | Ben Franklin Station |

                        Washington, D.C. 20044
                        Telephone: (202) 307-0184
                        Meen-Geu.Oh@usdoj.gov

*Attorneys for Defendant*

*Of Counsels:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel
Environmental Management Consolidated Business Center

Dated: May 15, 2024                    U.S. Department of Energy