# In the United States Court of Federal Claims

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant.* | No. 20-2016 C <br> (Filed: June 14, 2024) |

**ORDER**

On April 18, 2024, the court issued an order setting a revised discovery schedule in this case. ECF No. 45. On June 14, 2024, the parties filed a joint status report updating the court on the status of discovery and requesting an approximately three-week adjustment to the discovery schedule. ECF No. 49. The government explained that despite its best efforts to accelerate its privilege review, institutional and practical obstacles prevent it from meeting the original deadline. *Id.* Given those obstacles, the parties jointly propose a new revised schedule for discovery that allows twenty-three more days for privilege review and adjusts the other deadlines accordingly. *Id.* at 2. AECOM does not oppose the adjustments. *Id.* at 2, 3.

The court **grants** the request and issues the following revised schedule:

| Event | Deadline |
|---|---|
| Completion of government document production | July 26, 2024 |
| Close of fact discovery | December 20, 2024 |
| Joint status report due that updates the court on a first settlement discussion | January 10, 2025 |

| | |
|---|---|
| Exchange of expert reports | February 14, 2025 |
| Exchange of rebuttal expert reports | April 11, 2025 |
| Close of expert discovery | June 6, 2025 |
| Joint status report due that (1) updates the court on a second settlement discussion, and (2) proposes a schedule for further proceedings. The dispositive-motion briefing schedule shall include four deadlines: (1) AECOM's affirmative motion; (2) the government's cross-motion and response; (3) AECOM's response and reply; and (4) the government's reply. | June 20, 2025 |

The court further **orders** the parties to continue to jointly submit a status report on the every-30-day schedule through the close of expert discovery, the last one due on June 20, 2025.

**IT IS SO ORDERED.**

 s/ Molly R. Silfen
MOLLY R. SILFEN
Judge