IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br>          Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>          Defendant. | Case No. 20-2016 C |

JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY

The parties, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. This is one such joint status report updating the Court on the status of their efforts.

The Government has completed its productions. The parties continue to review recent productions of documents in preparation for depositions and to identify and attempt to resolve any deficiencies. The parties also continue to confer about the schedule for depositions.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth<br>CHARLES C. SPETH, *Counsel of Record*<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email: charles.speth@wilmerhale.com<br><br>ANDREW E. SHIPLEY, *Of Counsel*<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP | MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>LISA L. DONAHUE<br>Assistant Director<br><br>s/ Meen Geu Oh<br>MEEN GEU OH<br>Senior Trial Counsel<br>IOANA CRISTEI<br>EBONIE BRANCH<br>DANIEL BERTONI |

| | |
|---|---|
| 2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email:<br>andrew.shipley@wilmerhale.com<br><br>*Attorneys for Plaintiff AECOM Energy & Construction, Inc.* | Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-0184<br>Meen-Geu.Oh@usdoj.gov<br><br>*Attorneys for Defendant*<br><br>*Of Counsels:*<br><br>BRANDON MIDDLETON<br>Chief Counsel<br>BRADY L. JONES, III<br>Assistant Chief Counsel for Acquisition and Litigation<br>SKY W. SMITH<br>Trial/Procurement Counsel Office of Chief Counsel<br>Environmental Management Consolidated Business Center<br>U.S. Department of Energy |

Dated: August 14, 2024