IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY<br>& CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 20-2016 C<br>)   Judge Silfen<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____Ioana C. Meyer_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Ioana C. Meyer<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C.  20044

s/ Ioana C. Meyer<br>
IOANA C. MEYER<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
Telephone: (202) 305-0001<br>
Facsimile:  (202) 305-7644<br>
Email: Ioana.C.Meyer@usdoj.gov

Dated: September 3, 2024