IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY

The parties, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc., ("URS") and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The parties therefore respectfully submit this joint status report updating the Court on the status of their efforts.

Since the parties' last status report, the parties have exchanged privilege logs, which are in the process of being reviewed. In addition, URS has served two notices under Court of Federal Claims Rule 30(b)(6) for the depositions of the Department of Energy and the Environmental Protection Agency, as well as deposition notices for eight individual fact witnesses who are current or former employees of the U.S. Government. The deposition of the Department of Energy is scheduled to take place during the week of October 7, 2024. The Government intends to notice its own depositions in the next two weeks. The parties continue to review recent productions of documents in preparation for depositions and to identify and

attempt to resolve any deficiencies.  The parties also continue to confer about the scheduling of depositions.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | MICHAEL D. GRANSTON |
| CHARLES C. SPETH, *Counsel of Record* | Deputy Assistant Attorney General |
| WILMER CUTLER PICKERING | |
|    HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |
| | |
| ANDREW E. SHIPLEY, *Of Counsel* | s/ Ioana C. Meyer |
| WILMER CUTLER PICKERING | IOANA C. MEYER |
|    HALE AND DORR LLP | EBONIE BRANCH |
| 2100 Pennsylvania Avenue N.W. | DANIEL BERTONI |
| Washington, D.C. 20037 | Trial Attorneys |
| Telephone: (202) 663-6000 | Commercial Litigation Branch |
| Facsimile: (202) 663-6363 | Civil Division |
| Email: andrew.shipley@wilmerhale.com | Department of Justice |
| | P.O. Box 480 |
| *Attorneys for Plaintiff AECOM Energy & Construction, Inc.* | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 305-0001 |
| | Ioana.C.Meyer@usdoj.gov |
| | |
| | *Attorneys for Defendant, United States* |
| | |
| | *Of Counsels:* |
| | |
| | BRANDON MIDDLETON |
| | Chief Counsel |
| | BRADY L. JONES, III |
| | Assistant Chief Counsel for Acquisition and Litigation |
| | SKY W. SMITH |
| | Trial/Procurement Counsel Office of Chief Counsel |
| | Environmental Management Consolidated Business Center |
| | U.S. Department of Energy |

Dated: September 13, 2024