IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY

The parties, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The parties therefore respectfully submit this joint status report updating the Court on the status of their efforts.

Since the parties' last status report, in which the parties reported that URS had served two deposition notices under Court of Federal Claims Rule 30(b)(6) and eight deposition notices for individual fact witnesses, the Government has served a deposition notice under Rule 30(b)(6) for the deposition of URS and nine deposition notices for individual fact witnesses. URS has provided responses and objections to the Government's Rule 30(b)(6) notice of URS. The Rule 30(b)(6) deposition of the Department of Energy took place in Schenectady, New York, during the week of October 7, 2024. The parties have identified proposed dates for the depositions of four of the individual witness depositions noticed by the Government and three of the individual

witnesses whose depositions were noticed by URS. The parties continue to confer about the scheduling of additional depositions.

The parties are also in the process of discussing a modest extension of the current discovery schedule and intend to file a motion seeking the Court's approval of a revised schedule later this week.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | MICHAEL D. GRANSTON |
| CHARLES C. SPETH, *Counsel of Record* | Deputy Assistant Attorney General |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |
| | |
| ANDREW E. SHIPLEY, *Of Counsel* | s/Ioana C. Meyer |
| WILMER CUTLER PICKERING | IOANA C. MEYER |
|   HALE AND DORR LLP | DANIEL BERTONI |
| 2100 Pennsylvania Avenue N.W. | THOMAS ADAIR |
| Washington, D.C. 20037 | Trial Attorneys |
| Telephone: (202) 663-6000 | Commercial Litigation Branch |
| Facsimile: (202) 663-6363 | Civil Division |
| Email: | Department of Justice |
| andrew.shipley@wilmerhale.com | P.O. Box 480 |
| | Ben Franklin Station |
| *Attorneys for Plaintiff AECOM Energy* | Washington, D.C. 20044 |
| *& Construction, Inc.* | Telephone: (202) 305-0001 |
| | Ioana.C.Meyer@usdoj.gov |
| | |
| | *Attorneys for Defendant* |
| | |
| | *Of Counsels:* |
| | |
| | BRANDON MIDDLETON |
| | Chief Counsel |
| | BRADY L. JONES, III |
| | Assistant Chief Counsel for Acquisition and Litigation |
| | SKY W. SMITH |

                                                       Trial/Procurement Counsel Office of Chief Counsel
Environmental Management Consolidated Business Center
U.S. Department of Energy

Dated: October 15, 2024