IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 20-2016 C<br>Judge Silfen |

JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The parties, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), respectfully move the Court for the entry of a modified Scheduling Order. Despite substantial progress on fact discovery, as reflected in the parties' Joint Status Report filed on October 15, 2024, ECF No. 55, the parties respectfully believe that they require additional time beyond the current deadline of December 20, 2024, in which to complete the necessary fact witness depositions identified in the Joint Status Report. Accordingly, the parties respectfully request a modest extension of the deadline for the close of fact discovery and modification of subsequent deadlines to otherwise maintain the prior case timeline. Therefore, the parties jointly submit the following proposed schedule for the Court's approval.

| Event | Deadline |
|---|---|
| Close of fact discovery | March 14, 2025 |
| Joint status report due that updates the court on a first settlement discussion | April 4, 2025 |
| Exchange of expert reports | May 9, 2025 |
| Exchange of rebuttal expert reports | July 3, 2025 |

| | |
|---|---|
| Close of expert discovery | August 29, 2025 |
| Joint status report due that (1) updates the court on a second settlement discussion, and (2) proposes a schedule for further proceedings.  The dispositive-motion briefing schedule shall include four deadlines: (1) AECOM's affirmative motion; (2) the government's cross-motion and response; (3) AECOM's response and reply; and (4) the government's reply. | September 12, 2025 |

The primary reason for this extension request is the fact-intensive and complex nature of the case.  The claims in this case span nearly a decade, and deal with many different aspects of a complex, highly technical nuclear decontamination and decommissioning project.  As one example, URS's deposition of the Department of Energy's Rule 30(b)(6) witness occurred over three full days, and many of the topics identified by URS were still not addressed given time constraints.  Three more Rule 30(b)(6) depositions remain to be taken, as do the depositions of at least 17 fact witnesses.  *See* ECF No. 55.

A second reason for this request is to accommodate the schedules of individual witnesses, the majority of whom are no longer employed by either the Government or URS.  While the parties are working diligently to identify witness availability, the joint effort to accommodate the personal (including medical) and professional commitments of so many non-employees, as well as employees, has proven to be a challenge.

For these reasons, the parties respectfully request that the Court adjust the scheduling order as recited above.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth<br>CHARLES C. SPETH, *Counsel of Record*<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email: charles.speth@wilmerhale.com<br><br>ANDREW E. SHIPLEY, *Of Counsel*<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email:<br>andrew.shipley@wilmerhale.com<br><br>*Attorneys for Plaintiff AECOM Energy & Construction, Inc.* | MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>s/ Lisa L. Donahue<br>LISA L. DONAHUE<br>Assistant Director<br><br>s/ Ioana C. Meyer<br>IOANA C. MEYER<br>DANIEL BERTONI<br>THOMAS ADAIR<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-0001<br>Ioana.C.Meyer@usdoj.gov<br><br>*Attorneys for Defendant*<br><br>*Of Counsels:*<br><br>BRANDON MIDDLETON<br>Chief Counsel<br>BRADY L. JONES, III<br>Assistant Chief Counsel for Acquisition and Litigation<br>SKY W. SMITH<br>Trial/Procurement Counsel Office of Chief Counsel<br>Environmental Management Consolidated Business Center<br>U.S. Department of Energy |

Dated: October 16, 2024