IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 20-2016 C<br>Judge Silfen |

JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY

The parties, plaintiff AECOM Energy & Construction, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The parties therefore respectfully submit this joint status report updating the Court on the status of their efforts.

Since the parties' last status report, the Court granted the parties' joint motion to modify the scheduling order, such that the close of fact discovery is now March 14, 2025. The parties have continued to conduct depositions: The depositions of three fact witnesses occurred on October 24 and 25, 2024, on November 12, 2024, and on November 14, 2024. The deposition of one additional fact witnesses is scheduled to begin on November 21, 2024. The parties have scheduled four additional individual fact witness depositions for December 2024. In addition, the parties have noticed, and are in the process of scheduling, nine additional individual fact witness depositions and two additional Rule 30(b)(6) depositions for January and February 2025.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth <br> CHARLES C. SPETH, *Counsel of Record* <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 2100 Pennsylvania Avenue N.W. <br> Washington, D.C. 20037 <br> Telephone: (202) 663-6000 <br> Facsimile: (202) 663-6363 <br> Email: charles.speth@wilmerhale.com <br><br> ANDREW E. SHIPLEY, *Of Counsel* <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 2100 Pennsylvania Avenue N.W. <br> Washington, D.C. 20037 <br> Telephone: (202) 663-6000 <br> Facsimile: (202) 663-6363 <br> Email: andrew.shipley@wilmerhale.com <br><br> *Attorneys for Plaintiff AECOM Energy & Construction, Inc.* | MICHAEL D. GRANSTON <br> Deputy Assistant Attorney General <br><br> PATRICIA M. MCCARTHY <br> Director <br><br> s/ Lisa L. Donahue <br> LISA L. DONAHUE <br> Assistant Director <br><br> s/Ioana C. Meyer <br> IOANA C. MEYER <br> DANIEL BERTONI <br> THOMAS ADAIR <br> Trial Attorneys <br> Commercial Litigation Branch <br> Civil Division <br> Department of Justice <br> P.O. Box 480 <br> Ben Franklin Station <br> Washington, D.C. 20044 <br> Telephone: (202) 305-0001 <br> Ioana.C.Meyer@usdoj.gov <br><br> *Attorneys for Defendant* <br><br> *Of Counsels:* <br><br> BRANDON MIDDLETON <br> Chief Counsel <br> BRADY L. JONES, III <br> Assistant Chief Counsel for Acquisition and Litigation <br> SKY W. SMITH <br> Trial/Procurement Counsel Office of Chief Counsel <br> Environmental Management Consolidated Business Center <br> U.S. Department of Energy |

Dated: November 18, 2024