# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C |

## CONSENT MOTION TO UPDATE PARTY NAME

Plaintiff AECOM Energy & Construction, Inc. hereby notifies the Court that its name has changed to Amentum Environment & Energy, Inc. and respectfully moves this Court to update the docket to reflect this name change:

1. In 2020, AECOM sold its management services business (including Plaintiff AECOM Energy & Construction, Inc.), which was rebranded as Amentum.

2. AECOM Energy & Construction, Inc. commenced this action on December 29, 2020.

3. Then, in 2021, AECOM Energy & Construction, Inc. changed its name to Amentum Environment & Energy, Inc., as reflected in the document attached hereto as **Exhibit A**.

Accordingly, the name of the Plaintiff in this action should be updated to reflect the new name, Amentum Environment & Energy, Inc.  Plaintiff represents that Defendant consents to the relief sought in this motion.

1

November 26, 2024                    Respectfully submitted,

/s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

*Counsel for Plaintiff*

**EXHIBIT A**

UNITED STATES OF AMERICA,
STATE OF OHIO,
OFFICE OF SECRETARY OF STATE

*I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that the paper to which this is attached is a true and correct copy from the original record now in my official custody as Secretary of State.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 28th day of December, A.D. 2021.*

**Ohio Secretary of State**

*Frank LaRose*

**Validation Number:**
202136202226



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 12/28/2021 | 202136202080 | AMENDMENT TO ARTICLES (AMD) | 50.00 | 100.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

C T CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Frank LaRose
#### 171108

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

AMENTUM ENVIRONMENT & ENERGY, INC.

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **AMENDMENT TO ARTICLES** | 202136202080 |

Effective Date: 12/28/2021



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 28th day of December, A.D. 2021.

*Frank LaRose*

**Ohio Secretary of State**

Form 540 Prescribed by:



Toll Free: 877.767.3453  |  Central Ohio: 614.466.3910

OhioSoS.gov  |  business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov

# Certificate of Amendment
(For-Profit, Domestic Corporation)
Filing Fee: $50
Form Must Be Typed

**Check appropriate box:**

☒ Amendment to existing Articles of Incorporation (125-AMDS)

☐ Amended and Restated Articles (122-AMAP) - The following articles supersede the existing articles and all amendments thereto.

**Complete the following information:**

| Name of Corporation | AECOM ENERGY & CONSTRUCTION, INC. |
|---|---|
| Charter Number | 171108 |

**Check one box below and provide information as required:**

☐ The articles are hereby amended by the **Incorporators**. Pursuant to Ohio Revised Code section 1701.70 (A), incorporators may adopt an amendment to the articles by a writing signed by them if initial directors are not named in the articles or elected and before subscriptions to shares have been received.

☐ The articles are hereby amended by the **Directors.** Pursuant to Ohio Revised Code section 1701.70(A), directors may adopt amendments if initial directors were named in articles or elected, but subscriptions to shares have not been received. Also, Ohio Revised Code section 1701.70(B) sets forth additional cases in which directors may adopt an amendment to the articles.

The resolution was adopted pursuant to Ohio Revised Code section 1701.70(B) [   ]
(In this space insert the number 1 through 10 to provide basis for adoption.)

☒ The articles are hereby amended by the **Shareholders** pursuant to Ohio Revised Code section 1701.71.

☐ The articles are hereby amended and restated pursuant to Ohio Revised Code section 1701.72.

**If you are amending the total number of shares, please complete this box so the appropriate filing fee is charged.**

Total number of shares previously listed in the Articles or other Amendments with the Ohio Secretary of State: [ ]

With the submission of this amendment, NEW total number of shares: [ ]

**A copy of the resolution of amendment is attached to this document.**

Note: If amended articles were adopted, they must set forth all provisions required in original articles except that articles amended by directors or shareholders need not contain any statement with respect to initial stated capital. See Ohio Revised Code section 1701.04 for required provisions.

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Must be signed by all incorporators, if amended by incorporators, or an authorized officer if amended by directors or shareholders, pursuant to Ohio Revised Code section 1701.73(B) and (C).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

| Amentum Nuclear & Environment Holdings, Inc. |
Signature

| Mark Esposito |
By (if applicable)

| Mark Esposito, VP & Asst. Secretary |
Print Name

| |
Signature

| |
By (if applicable)

| |
Print Name

Form 540    Page 2 of 2    Last Revised: 06/2019

## SHAREHOLDER RESOLUTION OF THE SOLE SHAREHOLDER OF
## AECOM ENERGY & CONSTRUCTION, INC.

I, Mark Esposito, a duly elected Vice President and Assistant Secretary of Amentum Nuclear & Environment Holdings, Inc., a corporation organized and existing under the laws of the State of Delaware (the "Sole Shareholder"), do hereby issue the following resolution on behalf of the Sole Shareholder:

**WHEREAS,** AECOM Energy & Construction, Inc., is a corporation organized and existing under the laws of the State of Ohio, (the "Subsidiary")

**AND WHEREAS,** the Sole Shareholder owns the entirety of the shares of common stock issued by the Subsidiary;

**IT IS HEREBY RESOLVED,** that pursuant to Ohio Revised Code section 1701.71 the articles of the Subsidiary are hereby amended as follows:

> The name of the Subsidiary is Amentum Environment & Energy, Inc. effective as of the date of the filing of this amendment with office of the Secretary of State of Ohio.

**IN WITNESS WHEREOF,** I have hereunto set my hand on behalf of the Sole Shareholder on this 28th day of December, 2021.

AMENTUM NUCLEAR &
ENVIRONMENT HOLDINGS, INC.

_/s/ Mark Esposito_
Mark Esposito
Vice President & Assistant Secretary