# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff AECOM Energy & Construction, Inc. hereby provides the following disclosure:

AECOM Energy & Construction, Inc. is now known as Amentum Environment & Energy, Inc. Amentum Environment & Energy, Inc. is wholly owned by Amentum Nuclear & Environment Holdings, Inc., a privately held corporation. Amentum Nuclear & Environment Holdings, Inc. is wholly owned by Amentum N&E Holdings LLC. Amentum N&E Holdings LLC is wholly owned by Amentum Holdings LLC. Amentum Holdings LLC is wholly owned by Amentum Holdings, Inc., which is publicly traded on the New York Stock Exchange under symbol AMTM.

November 26, 2024                                       Respectfully submitted,

/s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

*Counsel for Plaintiff*