IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 20-2016 C<br>Judge Silfen |

## JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY

The parties, plaintiff Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The parties therefore respectfully submit this joint status report updating the Court on the status of their efforts.

Since the parties' last status report, the parties have continued to conduct depositions: The depositions of three fact witnesses occurred on November 20, 2024, December 10, 2024, and December 12, 2024. The depositions of two additional fact witnesses are scheduled for the week of January 13, 2025. The parties have coordinated a subpoena for documents from a third party, in response to which documents will be produced by January 31. In addition, the parties have noticed, and are in the process of scheduling, eleven additional individual fact witness depositions and two additional Rule 30(b)(6) depositions for January, February, and March 2025.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | MICHAEL D. GRANSTON |
| CHARLES C. SPETH, *Counsel of Record* | Deputy Assistant Attorney General |
| WILMER CUTLER PICKERING | |
|    HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |
| | |
| ANDREW E. SHIPLEY, *Of Counsel* | s/Ioana C. Meyer |
| WILMER CUTLER PICKERING | IOANA C. MEYER |
|    HALE AND DORR LLP | DANIEL BERTONI |
| 2100 Pennsylvania Avenue N.W. | THOMAS ADAIR |
| Washington, D.C. 20037 | AUGUSTUS GOLDEN |
| Telephone: (202) 663-6000 | Trial Attorneys |
| Facsimile: (202) 663-6363 | Commercial Litigation Branch |
| Email: | Civil Division |
| andrew.shipley@wilmerhale.com | Department of Justice |
| | P.O. Box 480 |
| *Attorneys for Plaintiff Amentum* | Ben Franklin Station |
| *Environment & Energy, Inc.* | Washington, D.C. 20044 |
| | Telephone: (202) 305-0001 |
| | Ioana.C.Meyer@usdoj.gov |
| | |
| | *Attorneys for Defendant* |
| | |
| | *Of Counsels:* |
| | |
| | BRANDON MIDDLETON |
| | Chief Counsel |
| | BRADY L. JONES, III |
| | Assistant Chief Counsel for Acquisition and Litigation |
| | SKY W. SMITH |
| | Trial/Procurement Counsel Office of Chief Counsel |
| | Environmental Management Consolidated Business Center |
| | U.S. Department of Energy |

Dated: December 20, 2024