IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

<u>JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY</u>

The parties, plaintiff Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The parties therefore respectfully submit this joint status report updating the Court on the status of their efforts.

Since the parties' last status report, the parties have continued to conduct depositions: The depositions of two fact witnesses occurred on January 14, 2025, and January 16, 2025. The deposition of a Rule 30(b)(6) witness has been scheduled for the week of February 10, 2025, the depositions of two fact witnesses are scheduled for February 5 and 6, 2025, and February 25, 2025, and the depositions of two further fact witnesses are scheduled for the week of March 3, 2025. In addition, the parties have noticed, and are in the process of scheduling, five additional individual fact witness depositions and two additional Rule 30(b)(6) depositions for February, and March 2025.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | MICHAEL D. GRANSTON |
| CHARLES C. SPETH, *Counsel of Record* | Deputy Assistant Attorney General |
| WILMER CUTLER PICKERING  HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |
| | |
| ANDREW E. SHIPLEY, *Of Counsel* | s/Ioana C. Meyer |
| WILMER CUTLER PICKERING  HALE AND DORR LLP | IOANA C. MEYER  DANIEL BERTONI |
| 2100 Pennsylvania Avenue N.W. | THOMAS ADAIR |
| Washington, D.C. 20037 | AUGUSTUS GOLDEN |
| Telephone: (202) 663-6000 | Trial Attorneys |
| Facsimile: (202) 663-6363 | Commercial Litigation Branch |
| Email: andrew.shipley@wilmerhale.com | Civil Division  Department of Justice  P.O. Box 480 |
| *Attorneys for Plaintiff Amentum Environment & Energy, Inc.* | Ben Franklin Station  Washington, D.C. 20044  Telephone: (202) 305-0001  Ioana.C.Meyer@usdoj.gov |
| | |
| | *Attorneys for Defendant* |
| | |
| | *Of Counsels:* |
| | |
| | BRANDON MIDDLETON  Chief Counsel  BRADY L. JONES, III  Assistant Chief Counsel for Acquisition and Litigation  SKY W. SMITH  Trial/Procurement Counsel Office of Chief Counsel  Environmental Management Consolidated Business Center  U.S. Department of Energy |

Dated: January 17, 2025