IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

<u>JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY</u>

The parties, plaintiff Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The parties therefore respectfully submit this joint status report updating the Court on the status of their efforts.

Since the parties' last status report, the parties have continued to conduct depositions: depositions of a fact witness for URS took place on February 5 and 6, 2025, and the deposition of an EPA Rule 30(b)(6) witness took place on February 12, 2025. Additional depositions of fact witnesses are scheduled for February 20 & 21, February 25, March 4, and March 6 & 7, 2025. In addition, the parties have noticed, and are in the process of scheduling, five additional individual fact witness depositions and two additional Rule 30(b)(6) depositions.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth<br>CHARLES C. SPETH, *Counsel of Record*<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email: charles.speth@wilmerhale.com<br><br>ANDREW E. SHIPLEY, *Of Counsel*<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email:<br>andrew.shipley@wilmerhale.com<br><br>*Attorneys for Plaintiff Amentum Environment & Energy, Inc.* | MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>s/ Lisa L. Donahue<br>LISA L. DONAHUE<br>Assistant Director<br><br>s/Ioana C. Meyer<br>IOANA C. MEYER<br>DANIEL BERTONI<br>THOMAS ADAIR<br>AUGUSTUS GOLDEN<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-0001<br>Ioana.C.Meyer@usdoj.gov<br><br>*Attorneys for Defendant*<br><br>*Of Counsels:*<br><br>BRANDON MIDDLETON<br>Chief Counsel<br>BRADY L. JONES, III<br>Assistant Chief Counsel for Acquisition and Litigation<br>SKY W. SMITH<br>Trial/Procurement Counsel Office of Chief Counsel<br>Environmental Management Consolidated Business Center<br>U.S. Department of Energy |

Dated: February 18, 2025