IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMENTUM ENVIRONMENT & ENERGY,
INC.,

                Plaintiff,

        v.

THE UNITED STATES OF AMERICA,

                Defendant.

Case No. 20-2016 C
Judge Silfen

JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY

The parties, plaintiff Amentum Environment & Energy, Inc., formerly known as URS

Energy & Construction, Inc. ("URS"), and defendant the United States of America (the

"Government"), have been conducting discovery under a scheduling order that requires them to

jointly submit a status report every 30 days updating the court on the progress of discovery.  ECF

No. 50.  The parties therefore respectfully submit this joint status report updating the Court on

the status of their efforts.

Since the parties' last status report, the parties conducted additional depositions: the

deposition of a fact witness for URS took place on February 20 & 21, 2025, depositions of fact

witnesses for the government took place on March 4, 2025, and March 6 & 7, 2025, and

depositions of third-party witnesses took place on February 25, 2025, and March 13, 2025.

Following the Court's recent modification of the scheduling order, the parties are continuing to

work to schedule additional depositions in order to complete fact discovery.

Respectfully submitted,

s/ Charles C. Speth
CHARLES C. SPETH, *Counsel of Record*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email:
andrew.shipley@wilmerhale.com

*Attorneys for Plaintiff Amentum
Environment & Energy, Inc.*

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ Lisa L. Donahue
LISA L. DONAHUE
Assistant Director

s/Ioana C. Meyer
IOANA C. MEYER
DANIEL BERTONI
THOMAS ADAIR
AUGUSTUS GOLDEN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0001
Ioana.C.Meyer@usdoj.gov

*Attorneys for Defendant*

*Of Counsels:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel
Environmental Management Consolidated Business
Center
U.S. Department of Energy

Dated: March 20, 2025