IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

<u>JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY</u>

The parties, plaintiff Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The parties therefore respectfully submit this joint status report updating the Court on the status of their efforts.

Since the parties' last status report, the parties conducted additional depositions: the depositions of fact witnesses for URS took place on April 9, 2025, and April 16, 2025, and the deposition of a third-party witness took place on March 20, 2025. The deposition of a government witness is scheduled to take place on April 21, 2025, and the Rule 30(b)(6) deposition of URS has been scheduled for April 29, April 30, & May 1, 2025. On April 7, 2025, URS filed a motion to compel in connection with documents clawed back on the basis of attorney-client privilege by the government, and the government will be filing an opposition on April 21, 2025, with URS's reply due on or before April 28, 2025. The parties are continuing to

work to schedule additional depositions and expect to conclude fact discovery by May 23, 2025,

pursuant to the Court's March 20, 2025, Order.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | YAAKOV M. ROTH |
| CHARLES C. SPETH, *Counsel of Record* | Acting Assistant Attorney General |
| WILMER CUTLER PICKERING | |
| HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email:
andrew.shipley@wilmerhale.com

*Attorneys for Plaintiff Amentum*
*Environment & Energy, Inc.*

s/Ioana C. Meyer
IOANA C. MEYER
DANIEL BERTONI
THOMAS ADAIR
AUGUSTUS GOLDEN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0001
Ioana.C.Meyer@usdoj.gov

*Attorneys for Defendant*

*Of Counsels:*

BRANDON MIDDLETON
Chief Counsel
BRADY L. JONES, III
Assistant Chief Counsel for Acquisition and Litigation
SKY W. SMITH
Trial/Procurement Counsel Office of Chief Counsel
Environmental Management Consolidated Business
Center
U.S. Department of Energy

Dated: April 21, 2025