# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. 20-2016C <br> (Judge Silfen) |

## DEFENDANT'S NOTICE REGARDING ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Defendant, the United States, respectfully submits this notice regarding its response in opposition to the motion to compel filed by plaintiff, Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. (URS). As we informed plaintiff on April 24, 2025 via email, following further internal review, the United States will decline to exercise our clawback rights with respect to the document marked with Bates number DEFPROD16478482, which consists of an email chain among three EPA employees. ECF No. 69-3.

| | |
|---|---|
| April 24, 2025 | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| | PATRICIA M. MCCARTHY<br>Director |
| | <u>Lisa L. Donahue</u><br>LISA L. DONAHUE<br>Assistant Director |
| | <u>/s/ Ioana C. Meyer</u><br>IOANA C. MEYER<br>DANIEL BERTONI<br>THOMAS ADAIR<br>AUGUSTUS GOLDEN<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-0001<br>Ioana.C.Meyer@usdoj.gov |
| | *Attorneys for Defendant* |
| | *Of Counsel:* |
| | BRANDON MIDDLETON<br>Chief Counsel<br>BRADY L. JONES, III<br>Assistant Chief Counsel for Acquisition and Litigation<br>SKY W. SMITH<br>Trial/Procurement Counsel Office of Chief Counsel Environmental Management Consolidated Business Center<br>U.S. Department of Energy |