# In the United States Court of Federal Claims

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | No. 20-2016C <br> Filed May 5, 2025 |

**ORDER**

    Amentum Environment & Energy, Inc. moved to compel the disclosure of two documents: documents ending with Bates numbers '001 and '069. ECF No. 67; *see also* ECF No. 73 (government withdrawing its assertion of privilege over a third document that Amentum raised). The government asserts attorney-client privilege over both documents. ECF No. 71. On May 5, 2025, the court held a hearing on the motion.

    For the reasons stated on the record in the hearing, Amentum's motion to compel disclosure is **granted in part**, as to the '001 document, and **denied in part**, as to the '069 document. Amentum **shall destroy** all copies of the '069 document, any other identical copy of that document produced with a different Bates number, and other copies of the draft merit evaluation. This includes the document ending in '080, ECF No. 69-11 (Ex. K).

    The clerk of the court is **directed to strike** the '069 document, ECF No. 69-4 (Ex. D), and the '080 document, ECF No. 69-11 (Ex. K), from the docket.

1

2

**IT IS SO ORDERED.**

                                                     <u>/s/ Molly R. Silfen</u>
                                                   MOLLY R. SILFEN
                                                   Judge