IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

<u>JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY</u>

The parties, plaintiff Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The Court's Revised Discovery Scheduling Order entered on the docket on March 20, 2025, requires the filing of a "Joint status report updating court on first settlement conference" by June 13, 2025. The parties therefore respectfully submit this joint status report updating the Court on both the progress of discovery and settlement conference.

Since the parties' last status report, the parties conducted two additional depositions: the deposition of a fact witness for the government took place on May 29, 2025, and the Rule 30(b)(6) deposition of a government witness on topics related to Naval Reactors took place on June 9, 2025. The parties are continuing to work to schedule the deposition of one fact witness for URS, which has been unavoidably delayed due to witness health issues outside of the parties' control. With the exception of that deposition, the parties have concluded fact discovery and continue to proceed on the schedule reflected in the Court's March 20, 2025, Order.

The parties have recently participated in discussions concerning potential settlement negotiations, but do not have further updates to report at this time.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | BRETT A. SHUMATE |
| CHARLES C. SPETH, *Counsel of Record* | Assistant Attorney General |
| WILMER CUTLER PICKERING | |
|    HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |
| | |
| ANDREW E. SHIPLEY, *Of Counsel* | s/ Thomas Adair |
| WILMER CUTLER PICKERING | IOANA C. MEYER |
|    HALE AND DORR LLP | DANIEL BERTONI |
| 2100 Pennsylvania Avenue N.W. | THOMAS ADAIR |
| Washington, D.C. 20037 | AUGUSTUS GOLDEN |
| Telephone: (202) 663-6000 | Trial Attorneys |
| Facsimile: (202) 663-6363 | Commercial Litigation Branch |
| Email: | Civil Division |
| andrew.shipley@wilmerhale.com | Department of Justice |
| | P.O. Box 480 |
| *Attorneys for Plaintiff Amentum Environment & Energy, Inc.* | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 305-0001 |
| | Thomas.Adair@usdoj.gov |
| | *Attorneys for Defendant* |
| | |
| | *Of Counsels:* |
| | |
| | BRANDON MIDDLETON |
| | Chief Counsel |
| | BRADY L. JONES, III |
| | Assistant Chief Counsel for Acquisition and Litigation |
| | SKY W. SMITH |
| | Trial/Procurement Counsel Office of Chief Counsel |
| | Environmental Management Consolidated Business Center |
| Dated: June 13, 2025 | U.S. Department of Energy |