IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

<u>JOINT STATUS REPORT REGARDING STATUS OF DISCOVERY</u>

The parties, plaintiff Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), and defendant the United States of America (the "Government"), have been conducting discovery under a scheduling order that requires them to jointly submit a status report every 30 days updating the court on the progress of discovery. ECF No. 50. The parties therefore respectfully submit this joint status report updating the Court on both the progress of discovery.

Since the parties' last status report, the Court entered an order requiring the parties to exchange expert reports by August 18, 2025, and to request modifications to the remainder of the discovery schedule in the following joint status report (due 9/12/2025), if not before. The parties have continued to work to schedule the deposition of one fact witness for URS, which has been unavoidably delayed due to witness health issues outside of the parties' control. With the exception of that deposition, the parties have concluded fact discovery. In addition, the parties have continued to participate in discussions concerning potential settlement negotiations, but do not have further updates to report at this time.

Respectfully submitted,

| | |
|---|---|
| s/ Charles C. Speth | YAAKOV M. ROTH |
| CHARLES C. SPETH, *Counsel of Record* | Acting Assistant Attorney General |
| WILMER CUTLER PICKERING | |
|    HALE AND DORR LLP | PATRICIA M. MCCARTHY |
| 2100 Pennsylvania Avenue N.W. | Director |
| Washington, D.C. 20037 | |
| Telephone: (202) 663-6000 | s/ Lisa L. Donahue |
| Facsimile: (202) 663-6363 | LISA L. DONAHUE |
| Email: charles.speth@wilmerhale.com | Assistant Director |
| | |
| ANDREW E. SHIPLEY, *Of Counsel* | s/ Thomas Adair |
| WILMER CUTLER PICKERING | IOANA C. MEYER |
|    HALE AND DORR LLP | DANIEL BERTONI |
| 2100 Pennsylvania Avenue N.W. | THOMAS ADAIR |
| Washington, D.C. 20037 | AUGUSTUS GOLDEN |
| Telephone: (202) 663-6000 | Trial Attorneys |
| Facsimile: (202) 663-6363 | Commercial Litigation Branch |
| Email: | Civil Division |
| andrew.shipley@wilmerhale.com | Department of Justice |
| | P.O. Box 480 |
| *Attorneys for Plaintiff Amentum Environment & Energy, Inc.* | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 305-0001 |
| | Thomas.Adair@usdoj.gov |
| | *Attorneys for Defendant* |
| | |
| | *Of Counsels:* |
| | |
| | BRANDON MIDDLETON |
| | Chief Counsel |
| | BRADY L. JONES, III |
| | Assistant Chief Counsel for Acquisition and Litigation |
| | SKY W. SMITH |
| | Trial/Procurement Counsel Office of Chief Counsel |
| | Environmental Management Consolidated Business Center |
| Dated: July 21, 2025 | U.S. Department of Energy |