IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

UNOPPOSED MOTION TO MODIFY DISCOVERY SCHEDULE

Plaintiff Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. ("URS"), respectfully moves to modify the schedule set by this Court's revised discovery scheduling order entered on March 20, 2025, and modified June 28, 2025 (no ECF numbers). URS requests that the Court shift the August 18, 2025 date for exchange of expert reports by one month to September 18, 2025. URS has conferred with the defendant United States of America and can report that the Government does not oppose this motion.

The parties note that it would continue to serve economy and efficiency to defer a request to modify the remaining dates in the March 20, 2025 schedule, consistent with URS's June 27, 2025 motion (ECF no. 82) requesting deferral and this Court's June 28, 2025 order (no ECF number) affording the parties the opportunity to propose remaining schedule modifications at a later date. The Government does not oppose URS's proposal to again defer requesting modification of the remainder of the discovery schedule.

                    Respectfully submitted,

                    *Charles C. Speth*
                    CHARLES C. SPETH, *Counsel of Record*
                    WILMER CUTLER PICKERING
                      HALE AND DORR LLP

2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: charles.speth@wilmerhale.com

ANDREW E. SHIPLEY, *Of Counsel*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: andrew.shipley@wilmerhale.com

*Attorneys for Plaintiff Amentum Environment & Energy, Inc.*

Dated: August 5, 2025