## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br><br> Judge Silfen |

**UNOPPOSED MOTION TO STAY IN LIGHT OF THE LAPSE OF APPROPRIATIONS**

Defendant, the United States, respectfully moves for a stay in the above-captioned case until appropriations funding the Department of Justice are restored.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this matter—including of the October 17, 2025 deadline for the exchange of expert disclosures and reports—until Congress has restored appropriations to the Department of Justice. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations, i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

4.     Plaintiff's counsel has stated that plaintiff does not object to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay as requested above until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    PATRICIA M. MCCARTHY
    Director

    LISA L. DONAHUE
    Assistant Director

    <u>/s/ Thomas J. Adair</u>
    THOMAS J. ADAIR
    IOANA C. MEYER
    AUGUSTUS GOLDEN
    DANIEL BERTONI
    Trial Attorneys
    Commercial Litigation Branch
    Civil Division
    U.S. Department of Justice
    P.O. Box 480
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 353-7955
    Email: thomas.adair@usdoj.gov

    *Attorneys for the United States*