IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.1 of the Rules of Court of Federal Claims, Charles C. Speth of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdrawals as counsel for Plaintiff Amentum Environment & Energy, Inc. ("Amentum").  Amentum will continue to be represented in this matter by lead attorney of record Scott M. McCaleb of Wiley Rein LLP.  Pursuant to Rule 83.1(b)(4)(B), this Notice has been served on Amentum.

Dated: October 27, 2025

                                         Respectfully submitted,

                                         s/ Charles C. Speth
                                         CHARLES C. SPETH, *Counsel of Record*
                                         WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                         2100 Pennsylvania Avenue N.W.
                                         Washington, D.C. 20037
                                         Telephone: (202) 663-6000
                                         Facsimile: (202) 663-6363
                                         Email: charles.speth@wilmerhale.com