IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

## JOINT STATUS REPORT

Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. (URS), and The United States of America respectfully submit this joint status report as directed by the Court's October 3, 2025 order (no ECF number). The parties have conferred and propose that the Court re-set the date for exchange of expert reports to December 18, 2025.

The parties have discussed the remaining steps to complete discovery and propose deferring further deadlines until after additional assessment of the case status. Thus, the parties respectfully request the Court allow the parties to propose remaining deadlines at a later date.

Finally, the parties have conferred regarding the monthly joint status reports on discovery progress and believe those reports have served their intended purpose. The parties, therefore, respectfully represent that pursuant to the current forward progress of the case, the monthly joint status reports are no longer necessary and propose the reports be discontinued unless and until either or both parties propose resuming them.

<div style="display: flex;">

<div>

Date: November 19, 2025

BRETT A. SHUMATE
Assistant Attorney
General

PATRICIA M. MCCARTHY
Director

LISA L. DONAHUE
Assistant Director

/s/ Thomas J. Adair
THOMAS J. ADAIR
IOANA C. MEYER
AUGUSTUS GOLDEN
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7955
Email: thomas.adair@usdoj.gov

*Attorneys for the United States*

</div>

<div>

Respectfully submitted,

s/ Scott M. McCaleb
Scott M. McCaleb
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
smccaleb@wiley.law
Phone: 202.719.3193

*Lead Attorney of Record for Amentum Environment & Energy, Inc.*

</div>

</div>