IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

**JOINT STATUS REPORT**

Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. (URS), and The United States of America respectfully submit this joint status report as directed by the Court's November 19, 2025 order (ECF 90). The parties have conferred and propose that the Court set the date for exchange of rebuttal expert reports as March 31, 2026, and the date for the close of discovery as July 31, 2026.

The parties propose deferring further deadlines until after additional assessment of the case status after the close of discovery. Thus, the parties respectfully request the Court allow the parties to propose remaining deadlines at a later date.

The parties have been engaged in negotiations regarding a potential resolution of this matter outside of litigation, and the parties anticipate continuing those discussions in early 2026. As those discussions progress, the parties may at some point find it appropriate to request a stay of discovery to allow the parties to focus their attention on settlement negotiations and potential resolution of the case.

| | |
|---|---|
| Date: December 23, 2025 | Respectfully submitted, |
| | s/ Scott M. McCaleb |
| BRETT A. SHUMATE | Scott M. McCaleb |
| Assistant Attorney General | WILEY REIN LLP |
| | 2050 M Street NW |
| | Washington, DC 20036 |
| PATRICIA M. McCARTHY | smccaleb@wiley.law |
| Director | Phone: 202.719.3193 |
| | |
| LISA L. DONAHUE | *Lead Attorney of Record for* |
| Assistant Director | *Amentum Environment & Energy, Inc.* |

s/ Thomas J. Adair
THOMAS J. ADAIR
IOANA C. MEYER
AUGUSTUS GOLDEN
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7955
Email: thomas.adair@usdoj.gov

*Attorneys for the United States*