# In the United States Court of Federal Claims

|  |  |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>            Defendant. | No. 20-2016<br>Filed December 23, 2025 |

**ORDER**

On December 23, 2025, the parties filed a joint status report. ECF No. 91. The parties propose that expert rebuttal reports be exchanged on March 31, 2026, and that discovery close on July 31, 2026. *Id.* The parties also propose deferring further deadlines until after the close of discovery. *Id.*

The court **adopts** the proposed deadlines, with an additional deadline:

| Event | Deadline |
|---|---|
| Parties exchange rebuttal expert reports | March 31, 2026 |
| Discovery closes | July 31, 2026 |
| Parties file a joint status report proposing a schedule for further proceedings and stating that they have engaged in a settlement conference in the last week, in person, by telephone, or by videoconference | August 14, 2026 |

**IT IS SO ORDERED.**

<u>/s/ Molly R. Silfen</u>
MOLLY R. SILFEN
Judge