IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

## JOINT MOTION TO STAY ALL PROCEEDINGS

Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. (URS), and the United States respectfully move to stay all proceedings in this case. The parties have reached a tentative agreement to resolve the dispute outside of litigation but require additional time to secure approval from the authorized representative of the Attorney General and finalize the terms of a settlement agreement. The parties therefore respectfully request that the Court stay further proceedings in this matter. If a final settlement agreement is approved and implemented, the parties will stipulate to dismissal of this case with prejudice.

Date: February 5, 2026

BRETT A. SHUMATE
Assistant Attorney
General

PATRICIA M. McCARTHY
Director

LISA L. DONAHUE
Assistant Director

s/ Thomas J. Adair
THOMAS J. ADAIR
IOANA C. MEYER
AUGUSTUS GOLDEN
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7955
Email: thomas.adair@usdoj.gov

*Attorneys for the United States*

Respectfully submitted,

s/ Scott M. McCaleb
Scott M. McCaleb
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
smccaleb@wiley.law
Phone: 202.719.3193

*Lead Attorney of Record for Amentum Environment & Energy, Inc.*