IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Case No. 20-2016 C <br> Judge Silfen |

**JOINT STATUS REPORT**

     Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. (URS), and the United States respectfully submit this joint status report in accordance with the Court's February 5, 2026 Order staying this case.

     The parties have reached a tentative agreement to resolve the dispute but require additional time to secure the necessary approvals.  If a final settlement agreement is approved and implemented, the parties will stipulate to dismissal of this case with prejudice.

| | |
|---|---|
| Date: March 6, 2026 | Respectfully submitted, |
| | |
| | s/ Scott M. McCaleb |
| BRETT A. SHUMATE | Scott M. McCaleb |
| Assistant Attorney General | WILEY REIN LLP |
| | 2050 M Street NW |
| PATRICIA M. MCCARTHY | Washington, DC 20036 |
| Director | smccaleb@wiley.law |
| | Phone: 202.719.3193 |
| LISA L. DONAHUE | |
| Assistant Director | *Lead Attorney of Record for Amentum Environment & Energy, Inc.* |
| s/ Thomas J. Adair | |
| THOMAS J. ADAIR | |
| IOANA C. MEYER | |
| AUGUSTUS GOLDEN | |
| Trial Attorneys | |
| Commercial Litigation Branch | |
| Civil Division | |
| U.S. Department of Justice | |
| P.O. Box 480 | |
| Ben Franklin Station | |
| Washington, D.C. 20044 | |
| Telephone: (202) 353-7955 | |
| Email: thomas.adair@usdoj.gov | |

*Attorneys for the United States*