IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMENTUM ENVIRONMENT & ENERGY,
INC.,

          Plaintiff,

    v.

UNITED STATES,

          Defendant.

Case No. 20-2016 C
Judge Silfen

## JOINT STATUS REPORT

Amentum Environment & Energy, Inc., formerly known as URS Energy & Construction, Inc. (URS), and the United States respectfully submit this joint status report in accordance with the Court's February 5, 2026 Order staying this case.

The parties have reached a tentative agreement to resolve the dispute but require additional time to secure the necessary approvals.  If a final settlement agreement is approved and implemented, the parties will stipulate to dismissal of this case with prejudice.

Date: May 5, 2026

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

LISA L. DONAHUE
Assistant Director

s/ Thomas J. Adair
THOMAS J. ADAIR
IOANA C. MEYER
AUGUSTUS GOLDEN
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7955
Email: thomas.adair@usdoj.gov

*Attorneys for the United States*

Respectfully submitted,

s/ Scott M. McCaleb
Scott M. McCaleb
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
smccaleb@wiley.law
Phone: 202.719.3193

*Lead Attorney of Record for
Amentum Environment & Energy,
Inc.*