IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM ENVIRONMENT & ENERGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 20-2016C<br>(Judge Silfen) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, plaintiff, Amentum Environment & Energy, Inc., and defendant, the United States, hereby jointly stipulate to dismissal of the above-captioned matter with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

/s/ Scott M. McCaleb
Scott M. McCaleb
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
smccaleb@wiley.law
Phone: 202.719.3193

*Lead Attorney of Record for Amentum Environment & Energy, Inc.*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

LISA L. DONAHUE
Assistant Director

/s/ Thomas J. Adair
THOMAS J. ADAIR
IOANA C. MEYER
AUGUSTUS GOLDEN
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7955
Email: thomas.adair@usdoj.gov

*Attorneys for the United States*

August 18, 2026